UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK S. MARSHALL,<br><br>  Petitioner,<br><br>   v.<br><br>JOSIE GASTELO, Warden,<br><br>  Respondent. | Case No. 2:18-cv-00648-MWF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Amended Report and Recommendation ("R&R") of the United States Magistrate Judge, which corrects a clerical error in the original Report and Recommendation, on page 6. The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered (1) **DENYING** the Petition for a Writ of Habeas Corpus; and (2) **DISMISSING** this action with prejudice.

Dated: July 31, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge