JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK S. MARSHALL,<br><br>Petitioner,<br>v.<br>JOSIE GASTELO, Warden,<br>Respondent. | Case No. CV 18-00648-MWF (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case be **DISMISSED** with prejudice.

Dated: July 31, 2019

MICHAEL W. FITZGERALD
United States District Judge